IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
SOUTHERN DIVISION

JEREMY SHANE FOGLEMAN, #388440                                                    PLAINTIFF

VERSUS                                              CIVIL ACTION NO.  1:16-CV-104-LG-RHW

SHANE MICHAEL SANDRIDGE and JOHN DOES I-X                              DEFENDANTS

ORDER GRANTING IN PART AND DENYING IN PART PLAINTIFF'S MOTION [6]

This matter is before the Court on Plaintiff's Motion [6] entitled "Motion for Preference of Notice of Filings."  Plaintiff requests that the filings in the instant civil action be delivered to him by electronic mail as well as by the postal service.  Pl.'s Mot. [6].  The Court will grant the Motion [6] in part and deny the Motion [6] in part.

The Court finds that Plaintiff will continue to receive copies of Court Orders through the postal service addressed to Plaintiff at his last known address.  Plaintiff's request to receive a copy of all filings by electronic mail is not necessary and will be denied at this time.  Accordingly, it is

ORDERED that Plaintiff's Motion [6] is granted to the extent Plaintiff will continue to receive a copy of the Court's Orders at Plaintiff's last known address through the postal service and Plaintiff's Motion [6] is denied to the extent Plaintiff is requesting that filings be delivered to him at an electronic mail address.

IT IS FURTHER ORDERED that Plaintiff's failure to advise the Court of a change of address where he receives mail though the postal service or failure to timely comply with any order of the Court will be deemed as a purposeful delay and contumacious act by Plaintiff and may result in this cause being dismissed without prejudice.

This the 18th day of April, 2016.

*s/ Robert H. Walker*
UNITED STATES MAGISTRATE JUDGE