IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
SOUTHERN DIVISION

JEREMY SHANE FOGLEMAN, #388440                                      PLAINTIFF

VERSUS                                      CIVIL ACTION NO.  1:16-CV-104-LG-RHW

SHANE MICHAEL SANDRIDGE and JOHN DOES I-X                    DEFENDANTS

ORDER DENYING PLAINTIFF'S MOTION [7] FOR SUBPOENAS

Before the Court is Plaintiff's Motion [7] entitled "Request for Issuance of Subpoenas." Having reviewed the Motion [7] as well as the record, the Court has come to the following conclusions.

Plaintiff's Motion [7] requesting that the Court enter an order issuing Subpoenas is denied without prejudice. The Court is reviewing the instant civil action as required by 28 U.S.C. § 1915. Plaintiff's Motion [7] therefore is premature. Accordingly, it is hereby,

ORDERED that Plaintiff's Motion [7] is **denied** without prejudice.

THIS, the 18th day of April, 2016.

                                                            *s/ Robert H. Walker*
                                                            UNITED STATES MAGISTRATE JUDGE